**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


FERNANDO LOPEZ VEGA,

    Petitioner

v.                         Case No.    3:11cv512/MCR/MD

KENNETH S. TUCKER,

    Respondent.

_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 11, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 22) is adopted and incorporated by reference in this order.

2.    The Motion to Dismiss (doc. 19) is GRANTED.  The petition for writ of habeas corpus (doc. 1) is dismissed with prejudice, and the Clerk is directed to close the file.

3.    A certificate of appealability is DENIED.

**DONE AND ORDERED** this 1st day of November, 2012.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**